UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -4  P 2: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

05  10411 WGY

ROBERT BREARLEY,       )
ROBERT L. SMITH, III,  )
and ACCESS WITH SUCCESS, INC.  )
                       )
    Plaintiffs         )
                       )
                       )   CIVIL ACTION NO.: 05-CV-
                       )
v.                     )
                       )
CITY OF METHUEN,       )
MASSACHUSETTS          )
                       )
    Defendant          )
                       )

## CORPORATE DISCLOSURE STATEMENT OF ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

_____    The filing party, a non-governmental corporation, identifies the following parent companies (list name and addresses of each publicly held corporation that controls the filling party, directly or through others, or owns 10% or more of the party's stock);

**Not Applicable**

_____    The filing party identifies the following publicly held corporations with which a merger agreement with the party exists;

**Not Applicable**

____X____    The filing party has no parent companies or merger agreements

with publicly held corporations.

>Respectfully submitted,
>The Plaintiffs,
>
>ACCESS WITH SUCCESS, INC. and
>FELIX ESPOSITO,
>
>By their Attorneys,
>
>_____
>Nicholas S. Guerrera, BBO#551475
>Shaheen Guerrera & O'Leary, LLC
>Jefferson Office Park
>820A Turnpike Street
>North Andover, MA 01845
>(978) 689-0800

Dated: 3/2/05