# United States District Court

FILED
IN CLERK'S OFFICE
DISTRICT OF

2005 MAR 14 P 3:23

U.S. DISTRICT COURT
DISTRICT OF MASS

Robert Brearley, et al.

V.

City of Methuen

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05-10411 WGY**

TO: (Name and address of defendant)

City of MEthuen
Ms. Christine Touma-Conway, City Clerk
Searles Building, Room 119
41 Pleasant Street, 1st Floor
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera, Esq.
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

MAR - 4 2005

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ Signature of Server

______ Address of Server

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 10, 2005

I hereby certify and return that on 3/10/2005 at 10:17AM I served a true and attested copy of the summons, complaint and jury demand, civil cover sheet, local category sheet and exhibit in this action in the following manner: To wit, by delivering in hand to Judie Hajjar, agent, person in charge at the time of service for CITY OF METHUEN CHRISTINE TOUMA-CONWAY,CITY CLERK at SEARLES BUILDING ROOM 119, 41 PLEASANT STREET, 1ST FLOOR, Methuen, MA 01844. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Copies ($5.00) Total Charges $40.70

Deputy Sheriff Larry Giordano

Deputy Sheriff

(1) As