UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BREARLEY, ROBERT L. SMITH, III, and ACCESS WITH SUCCESS, INC. <br><br> Plaintiffs <br><br> v. <br><br> CITY OF METHUEN, MASSACHUSETTS <br><br> Defendant | CIVIL ACTION NO.: 05-10411WGY |

**JOINT SCHEDULING STATEMENT PURSUANT TO RULE 16.1 (D)**

Now comes the parties in the above-referenced action and hereby submit the following Joint Statement pursuant to Local Rule 16.1(D):

1. NATURE OF ACTION

The complaint alleges that certain facilities in the City of Methuen ("Methuen") are not accessible to individuals with disabilities, and seeks declaratory and injunctive relief against Methuen pursuant to the American Disabilities Act, 42 U.S.C. § 12181, et seq., Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, Article 114 of the Massachusetts Constitution and the Equal Rights Law, M.G.L. c.93 § 103.

2. PROPOSED DISCOVERY PLAN

The parties propose the following discovery plan:

    a.    Written Discovery will be completed by August 31, 2005;

    b.    Rule 34 Inspection completed by July 6, 2005;

    c.    Depositions of Fact Witness will be completed by September 6, 2005;

    d.    Plaintiff's Expert Witnesses will be identified by June 6, 2005;

    e.    Plaintiff's Expert Reports will be provided by September 6, 2005;

    f.    Defendants' Expert Witnesses will be identified by October 6, 2005;Defendants';

    g.    Expert Reports will be provided by November 11, 2005;

    h.    Depositions of Expert Witnesses will be completed by December 11, 2005.

3.    MOTION TO SCHEDULE

All dispositive motions will be served no later than December 20, 2005, but may be filed any time previous thereto. Discovery motions, to the extent that they are necessary, will be filed prior to the close of discovery, December 11, 2005. Trial motions must be served no fewer than seven (7) days prior to trial, except for good cause.

4.    TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial before a magistrate judge.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| ACCESS WITH SUCCESS, INC. and ROBERT BREARLEY, et al., | CITY OF METHUEN, |
| By their Attorney, | By its attorney, |
| /s/Nicholas S. Guerrera_____ | /s/Peter J. McQuillan_____ |
| Nicholas S. Guerrera, BBO#551475 | Peter J. McQuillan, BBO#340180 |
| Shaheen Guerrera & O'Leary, LLC | Office of the City Solicitor |
| Jefferson Office Park | 41 Pleasant Street, Room 311 |
| 820A Turnpike Street | Methuen, MA 01844 |
| North Andover, MA 01845 | (978) 983-8575 |
| (978) 689-0800 | |

Dated:5/9/05

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a true copy of this pleading on the defendant, through its counsel, in hand on this date pursuant to Fed. R. Civ. P. 5.

Dated: 5/9/05                                          /s/Nicholas S. Guerrera
                                                                    Nicholas S. Guerrera