UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BREARLEY,<br>ROBERT L. SMITH, III,<br>and ACCESS WITH SUCCESS, INC.<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF METHUEN,<br>MASSACHUSETTS<br><br>    Defendant | CIVIL ACTION NO.: 05-10411WGY |

## CERTIFICATION REGARDING ADR AND A CASE BUDGET

Plaintiffs' counsel has conferred with his clients in regard to establishing a case budget for the costs of conducting the full course of litigation and to consider the resolution of the litigation through the use of the Court's alternative dispute resolution program.

    PLAINTIFFS,

    ACCESS WITH SUCCESS, INC. and
    ROBERT BREARLEY, et al.,

    By their Attorney,


    /s/Nicholas S. Guerrera_____
    Nicholas S. Guerrera, BBO#551475
    Shaheen Guerrera & O'Leary, LLC
    Jefferson Office Park
    820A Turnpike Street
    North Andover, MA 01845
    (978) 689-0800

    Dated:

## CERTIFICATE OF SERVICE

      I hereby certify that I served a true copy of this pleading on the defendant, through its counsel, in hand on this date pursuant to Fed. R. Civ. P. 5.

Dated:                    /s/Nicholas S. Guerrera_____
                                        Nicholas S. Guerrera