UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10411-RBC

| |
|---|
| ROBERT BREARLEY, ROBERT L. SMITH, III, and ACCESS WITH SUCCESS, INC., <br><br>        Plaintiffs <br><br> v. <br><br> CITY OF METHUEN, MASSACHUSETTS, <br><br>        Defendant |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURTS:

   Please enter our appearance as Lead Counsel for the Defendant in the above-captioned matter.

DEFENDANT CITY OF METHUEN,

By their attorneys,

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Michele E. Randazzo (BBO #564906)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

252188/60700/0001