UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10411-RBC

ROBERT BREARLEY,
ROBERT L. SMITH, III,
and ACCESS WITH SUCCESS, INC.,

    Plaintiffs

v.

CITY OF METHUEN, MASSACHUSETTS,

    Defendant

JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

Now come the parties and jointly request that the status conference presently scheduled in the above-captioned matter for November 21, 2005 at 11:30 a.m. be rescheduled to another date. Counsel for both parties are available on November 28 and November 29, 2005, if either of those dates is convenient for the Court.

As grounds for this request, the parties state that they are in the process of negotiating over a Consent Decree that they intend to present to the Court for approval. At the recent November 8th election, a new Mayor was elected for the City of Methuen. While the new Mayor will not take office until January, 2006, this anticipated change in administration has resulted in additional time being required by the City to review the Consent Decree proposed by the plaintiffs. Furthermore, both counsel have encountered scheduling conflicts for November 21. Specifically, defendant's counsel is required to attend a hearing of the Department of Unemployment Assistance (DUA) in Milford at 9:30 a.m. on November 21, and no continuance will be granted by the DUA. Plaintiffs' counsel is scheduled to participate in arbitration from

9:00 a.m. until approximately 1:00 p.m. in Manchester, NH.  The arbitration was difficult to schedule and would be difficult to re-schedule because it involves three arbitrators, three attorneys, and their respective clients.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the within motion be granted, and that the status conference presently scheduled for November 21, 2005 be rescheduled.

| PLAINTIFFS ROBERT BREARLEY, ET AL., | DEFENDANT CITY OF METHUEN, |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Nicholas D. Guerrera | /s/ Michelle E. Randazzo |
| Nicholas S. Guerrera (BBO #551475) | Michele E. Randazzo (BBO #564906) |
| Shaheen, Guerrera & O'Leary, LLC | Kopelman and Paige, P.C. |
| Jefferson Office Park | 31 St. James Avenue |
| 820A Turnpike Street | Boston, MA  02116 |
| North Andover, MA  01845 | (617) 556-0007 |
| (978) 689-0800 | |

266574/METG/0628