UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10411-RBC

| |
|---|
| ROBERT BREARLEY, ROBERT L. SMITH, III, and ACCESS WITH SUCCESS, INC., <br><br>　　Plaintiffs <br><br>v. <br><br>CITY OF METHUEN, MASSACHUSETTS, <br><br>　　Defendant |

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

　　　　Kopelman and Paige, P.C.
　　　　101 Arch Street
　　　　Boston, MA  02110-1109
　　　　(617) 556-0007
　　　　FAX (617) 654-1735

　　　　　　　　　　/s/Michele E. Randazzo
　　　　　　　　　　Michele E. Randazzo (BBO #564906)
　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　101 Arch Street
　　　　　　　　　　Boston, MA 02110-1109

### CERTIFICATE OF SERVICE

　　I, Michele E. Randazzo, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Michele E. Randazzo

272863/METG/0628