# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROBERT BREARLEY,
        Plaintiff,

                                        CIVIL ACTION NO:
      v.                                05-10411-RBC

CITY OF METHUEN,
        Defendant.

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

      Prior to trial, counsel have advised that the above-styled case has settled.

      Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Wednesday, March 8, 2006.**

                                    /s/ *Robert B. Collings*
                                    ROBERT B. COLLINGS
                                    United States Magistrate Judge

February 9, 2006