UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT BREARLEY,<br>ROBERT L. SMITH, III,<br>and ACCESS WITH SUCCESS, INC.<br><br>    Plaintiffs<br><br>    v.<br><br>CITY OF METHUEN,<br>MASSACHUSETTS<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 05-10411-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME
FOR FILING CONSENT DECREE**

Now comes the Defendant, City of Methuen ("City"), and respectfully requests that this Honorable Court extend the time for the parties to file a proposed Consent Decree in the above-referenced matter until March 17, 2006.  Previously, the Court had established the deadline for such a filing for March 8, 2006.

As grounds for this request, the City states that it has taken longer than anticipated for the City to obtain the review and input of all City departments affected by the proposed Consent Decree, which time frame has been delayed by the unexpected absence of a key department head.   Plaintiffs' counsel has assented to this request.

WHEREFORE, the Defendant respectfully requests that the within motion be granted, and that the time frame for filing a proposed Consent Decree be extended until March 17, 2006.

2

| ASSENT: PLAINTIFFS ROBERT BREARLEY, ET AL., | DEFENDANT CITY OF METHUEN, |
|---|---|
| By their attorneys, | By its attorneys, |
| _/s/ Nicholas S. Guerrera_____<br>Nicholas S. Guerrera (BBO #551475)<br>Shaheen, Guerrera & O'Leary, LLC<br>Jefferson Office Park<br>820A Turnpike Street<br>North Andover, MA  01845<br>(978) 689-0800 | _/s/ Michele E. Randazzo____<br>Michele E. Randazzo (BBO #564906)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>Boston, MA  02110<br>(617) 556-0007 |

276467/METG/0628