# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

)
**ROBERT BREARLEY,**                              )
**ROBERT L. SMITH, III,**                         )
**and ACCESS WITH SUCCESS, INC.**                 )
                                                  )
    **Plaintiffs**                          )
                                                  )     **CIVIL ACTION NO.: 05-10411-RBC**
                                                  )
    **v.**                                 )
                                                  )
**CITY OF METHUEN,**                              )
**MASSACHUSETTS**                                 )
                                                  )
    **Defendant**                           )
_____)

## MEMORANDUM IN SUPPORT OF JOINT MOTION
## FOR APPROVAL AND ENTRY OF CONSENT DECREE

In support of their motion, the parties state they wish to conclude and settle the present case with entry of the accompanying Consent Decree.  Many of the actions to be undertaken by the defendant in accordance with the Consent Decree are prospective and have not been completed.  The purpose of requesting entry of the Consent Decree, as opposed to entering into a private settlement agreement, is to allow the Court to retain jurisdiction for enforcement purposes, if necessary.  All parties have signed the Consent Decree.

In further support of their motion, the parties state that "[i]n *Local 93, Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501, 525, 92 L. Ed. 2d 405, 106 S. Ct. 3063 (1986), the Supreme Court ruled that a consent decree must (1) spring from and serve to resolve a dispute within the court's subject matter jurisdiction; (2) come within the general scope of the case based on the pleadings; and (3) further the objectives of the law

1

on which the claim is based." *United States v. Davis*, 261 F.3d 1, 25 (1st Cir. 2001). The

proposed Consent Decree meets all three criteria and therefore, should be entered by the

Court.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS ROBERT BREARLEY, ET AL., | DEFENDANT CITY OF METHUEN, |
| By their attorneys, | By its attorneys, |
| _/s/ Nicholas S. Guerrera_____ | _____/s/ Michele E. Randazzo_____ |
| Nicholas S. Guerrera (BBO #551475) | Michele E. Randazzo (BBO #564906) |
| Shaheen, Guerrera & O'Leary, LLC | Kopelman and Paige, P.C. |
| Jefferson Office Park | 101 Arch Street |
| 820A Turnpike Street | Boston, MA  02110 |
| North Andover, MA  01845 | (617) 556-0007 |
| (978) 689-0800 | |

Date:  March 17, 2006

277063/METG/0628